3043084 – LRB/MLW                                          ARDC # 6325949

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERRY ZITO, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. **20 cv 4993** |
| ) | |
| THOMAS MILLER and ) | |
| WESTERN EXPRESS, INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS THOMAS MILLER AND WESTERN EXPRESS, INC.'S
EXHIBITS A THROUGH C TO THEIR NOTICE OF REMOVAL**

JUL 2 8 2020

FILED
7/24/2020 10:34 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L007273
9875619

2120 - Served                2121 - Served
2220 - Not Served            2221 - Not Served
2320 - Served By Mail        2321 - Served By Mail
2420 - Served By Publication 2421 - Served By Publication
Summons - Alias Summons                              (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Kerry Zito

(Name all parties)

v.

Case No. 2020 L 7273

Thomas Miller and Express Western, Inc.

### ☐ SUMMONS  ☒ ALIAS SUMMONS

To each Defendant: Roland Lowell, Agent for Western Express, Inc., 7100 Commerce Way, Ste. 102, Brentwood, TN 37027

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3



Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 7/24/2020 10:34 AM 2020L007273

Atty. No.: 38514

Atty Name: Jason P. Schneider

Atty. for: Kerry Zito

Address: 1730 Park Street, Suite 201

City: Naperville

State: IL   Zip: 60563

Telephone: (630) 527-4177

Primary Email: jason@malmlegal.com

Witness: _____

7/24/2020 10:34 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ☐ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ☐ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ☐ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ☐ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ☐ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ☐ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ☐ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ☐ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ☐ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☒ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED
7/9/2020 1:33 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
9716094

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KERRY ZITO, | ) |
| Plaintiff, | ) 2020L007273 |
| v. | ) |
| THOMAS MILLER and WESTERN EXPRESS, INC., | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, KERRY ZITO (hereinafter, "Plaintiff"), by and through her attorneys, JOHN J. MALM & ASSOCIATES, P.C., and for her Complaint against the Defendants, THOMAS MILLER and WESTERN EXPRESS, INC., states as follows:

### COUNT I
### Negligence v. Thomas Miller

1. That at all times herein relevant and on or about July 13, 2019, Interstate 80 was a public roadway running in a generally eastbound and westbound direction in Thornton Township, Cook County, Illinois.

2. That at all times herein relevant and on or about July 13, 2019, Plaintiff operated a 2013 Nissan Murano traveling eastbound on Interstate 80 in Thornton Township, Cook County, Illinois.

1

3. That at all times herein relevant and on or about July 13, 2019, Defendant, THOMAS MILLER, operated a 2016 Freightliner Truck vehicle traveling eastbound on Interstate 80 in Thornton Township, Cook County, Illinois.

4. That at all times herein relevant and on or about July 13, 2019, upon information and belief, Defendant, THOMAS MILLER, was a duly authorized agent, employee, and/or servant of Defendant, WESTERN EXPRESS, INC.

5. That at all times herein relevant, Defendant, THOMAS MILLER, individually, and as duly authorized agent, employee, and/or servant of Defendant, WESTERN EXPRESS, INC., owed a duty to Plaintiff to operate the aforementioned 2016 Freightliner Truck vehicle in the exercise of ordinary care for the safety of the Plaintiff and to obey the traffic laws of the State of Illinois.

6. Defendant, THOMAS MILLER, individually and as duly authorized agent, employee, and/or servant of Defendant, WESTERN EXPRESS, INC., breached the duty aforesaid in one or more of the following ways:

(a) carelessly and negligently failed to keep a proper and sufficient lookout on the above-referenced highway, in violation of the traffic laws of the State of Illinois;

(b) carelessly and negligently failed to give an audible warning with his vehicle horn, in violation of the traffic laws of the State of Illinois;

(c) carelessly and negligently failed to operate a vehicle in safe, suitable, and proper control, in violation of the traffic laws of the State of Illinois;

(d) carelessly and negligently failed to operate the vehicle in safe, suitable, and proper control and failed to stop, slow down, or otherwise alter the speed, movement, or direction of a vehicle when danger of a collision with the with the Plaintiff's vehicle;

2

(e) carelessly and negligently operated his vehicle at a rate of speed greater than that which was reasonable and proper with regard to traffic conditions and the use of the highway;

(f) carelessly and negligently changed lanes at a time when it was unsafe to do so;

(g) failed to exercise the same care and caution that a reasonably prudent person would have exercised under the same or similar circumstances, all in violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs;

(h) failed to comply with the duties and prohibitions of driver regulations in violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs;

(i) failed to operate the tractor-trailer in a reasonably prudent manner in violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs; and

(j) otherwise carelessly and negligently operated a motor vehicle.

7. As a proximate result of one or more of the foregoing negligent acts or omissions of Defendant THOMAS MILLER, Defendant THOMAS MILLER struck the rear of the vehicle operated by the Plaintiff, causing the Plaintiff to suffer personal injuries and other pecuniary damages, all being past, present, and future.

WHEREFORE, the Plaintiff, KERRY ZITO, demands judgment against the Defendant, THOMAS MILLER, individually and as duly authorized agent, employee, and/or servant of Defendant, WESTERN EXPRESS, INC., for a sum in excess of Fifty Thousand Dollars ($50,000.00), plus attorneys' fees and costs and such other and additional relief that to this court seems just.

## COUNT II
### Negligence v. Western Express, Inc.

1. That at all times herein relevant and on or about July 13, 2019, Interstate 80 was a public roadway running in a generally eastbound and westbound direction in Thornton Township, Cook County, Illinois.

2. That at all times herein relevant and on or about July 13, 2019, Plaintiff operated a 2013 Nissan Murano traveling eastbound on Interstate 80 in Thornton Township, Cook County, Illinois.

3. That at all times herein relevant and on or about July 13, 2019, Defendant, THOMAS MILLER, operated a 2016 Freightliner Truck vehicle traveling eastbound on Interstate 80 in Thornton Township, Cook County, Illinois.

4. That at all times herein relevant and on or about July 13, 2019, Defendant, WESTERN EXPRESS, INC., a Tennessee Corporation, was authorized to do business, and was in fact doing business, in the State of Illinois and in the County of Cook.

5. That at all times herein relevant, upon information and belief, Defendant, THOMAS MILLER, was a duly authorized agent, employee, and/or servant of Defendant, WESTERN EXPRESS, INC., and at all times herein, was in the course and scope of said agency, employment, and/or servitude.

6. That at all times herein relevant, Defendant, WESTERN EXPRESS, INC., by and through its duly authorized agent, employee, and/or servant, Defendant, THOMAS MILLER, owed a duty to Plaintiff to operate the aforementioned 2016 Freightliner Truck vehicle in the exercise of ordinary care for the safety of the Plaintiff and to obey the traffic laws of the State of Illinois.

4

7. Defendant, WESTERN EXPRESS, INC., by and through its duly authorized agent, employee, and/or servant, Defendant, THOMAS MILLER, breached the duty aforesaid in one or more of the following ways:

(a) carelessly and negligently failed to keep a proper and sufficient lookout on the above-referenced highway, in violation of the traffic laws of the State of Illinois;

(b) carelessly and negligently failed to give an audible warning with his vehicle horn, in violation of the traffic laws of the State of Illinois;

(c) carelessly and negligently failed to operate a vehicle in safe, suitable, and proper control, in violation of the traffic laws of the State of Illinois;

(d) carelessly and negligently failed to operate the vehicle in safe, suitable, and proper control and failed to stop, slow down, or otherwise alter the speed, movement, or direction of a vehicle when danger of a collision with the with the Plaintiff's vehicle;

(e) carelessly and negligently operated his vehicle at a rate of speed greater than that which was reasonable and proper with regard to traffic conditions and the use of the highway;

(f) carelessly and negligently changed lanes at a time when it was unsafe to do so;

(g) failed to exercise the same care and caution that a reasonably prudent person would have exercised under the same or similar circumstances, all in violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs;

(h) failed to comply with the duties and prohibitions of driver regulations in violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs;

(i) failed to operate the tractor-trailer in a reasonably prudent manner in

5

violation of Parts 383, 384, 390, 391, 392, and 395 of the FMCSRs; and

    (j)  otherwise carelessly and negligently operated a motor vehicle.

8. As a proximate result of one or more of the foregoing negligent acts or omissions of Defendant, WESTERN EXPRESS, INC., by and through its duly authorized agent, employee, and/or servant, Defendant THOMAS MILLER, Defendant THOMAS MILLER struck the rear of the vehicle operated by the Plaintiff, causing the Plaintiff to suffer personal injuries and other pecuniary damages, all being past, present, and future.

WHEREFORE, the Plaintiff, KERRY ZITO, demands judgment against the Defendant, WESTERN EXPRESS, INC., for a sum in excess of Fifty Thousand Dollars ($50,000.00), plus attorneys' fees and costs and such other and additional relief that to this court seems just.

              JOHN J. MALM & ASSOCIATES, P.C.

          By: _____
             Jason P. Schneider
             jason@malmlegal.com

JOHN J. MALM & ASSOCIATES, P.C.
1730 Park Street, Suite 201
Naperville, IL 60563
630-527-4177 Telephone
630-527-4178 Facsimile
Attorney Number 38514

Attorneys for KERRY ZITO

FILED
7/9/2020 1:33 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
9716094

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KERRY ZITO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2020L007273 |
| v. ) | |
| ) | |
| THOMAS MILLER and ) | |
| WESTERN EXPRESS, INC., ) | |
| ) | |
| Defendants. ) | |

## RULE 222 AFFIDAVIT

Your affiant, JASON P. SCHNEIDER, as attorney for the Plaintiff, KERRY ZITO, being first duly sworn on oath, deposes and states as follows:

1. That I am the attorney for the Plaintiff in the above-entitled cause of action.

2. That upon information and belief, the total money damages sought in the above-entitled cause of action will exceed the amount of Fifty Thousand Dollars ($50,000.00). Further, your affiant sayeth not.

JASON P. SCHNEIDER

SUBSCRIBED & SWORN To Before Me
This 9th day of July, 2020

Notary Public

ANA FIGUEROA
Official Seal
Notary Public - State of Illinois
My Commission Expires Feb 7, 2024

JOHN J. MALM & ASSOCIATES, P.C.
1730 Park Street, Suite 201
Naperville, IL 60563
630-527-4177 Telephone
630-527-4178 Facsimile
Attorney Number 38514

Attorney for Plaintiff KERRY ZITO



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **WESTERN EXPRESS, INC.**

## General Information

| | | |
|---|---|---|
| SOS Control # | 000232804 | Formation Locale: TENNESSEE |
| Filing Type: | For-profit Corporation - Domestic 09/20/1990 4:17 PM | Date Formed: 09/20/1990 |
| | | Fiscal Year Close 12 |
| Status: | Active | |
| Duration Term: | Perpetual | |

**Registered Agent Address**
ROLAND M LOWELL
7135 CENTENNIAL PL
NASHVILLE, TN  37209-1033

**Principal Address**
7135 CENTENNIAL PL
NASHVILLE, TN  37209-1033

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/27/2020 | 2019 Annual Report | B0847-2840 |
| 07/19/2019 | Articles of Amendment | B0736-0298 |
| Shares of Stock Changed  From: 20,000  To: 1,498 | | |
| 03/11/2019 | 2018 Annual Report | B0669-0968 |
| 03/27/2018 | 2017 Annual Report | B0522-7103 |
| 01/24/2017 | 2016 Annual Report | B0335-6264 |
| 04/01/2016 | 2015 Annual Report | B0228-8695 |
| 07/14/2015 | 2014 Annual Report | B0128-1494 |
| 06/02/2015 | Notice of Determination | B0107-0550 |
| 02/23/2015 | Merger - Survivor | *B0056-3063 |
| Qualified Survivor Control # Changed   To: 000232804 | | |
| Qualified Survivor Changed   To: WESTERN EXPRESS, INC. (TENNESSEE) | | |
| Qualified Non-survivor Control # Changed   To: 000589674 | | |
| Qualified Non-survivor Changed   To: WESTERN LOGISTICS, INC. (TENNESSEE) | | |
| 03/26/2014 | 2013 Annual Report | A0227-0966 |
| 03/28/2013 | 2012 Annual Report | A0168-2578 |
| 12/27/2012 | Articles of Amendment | 7126-2178 |
| Shares of Stock Changed  From: 2,000  To: 20,000 | | |

8/17/2020 5:03:49 PM

Page 1 of 3



**Exhibit B**

# Filing Information

Name:  **WESTERN EXPRESS, INC.**

| Date | Description | Reference |
|---|---|---|
| 06/15/2012 | 2011 Annual Report | A0133-1716 |
| | Principal Postal Code Changed  From: 37209  To: 37209-1033 | |
| 06/02/2012 | Notice of Determination | A0122-0199 |
| 05/06/2011 | 2010 Annual Report | 6888-1470 |
| | Registered Agent First Name Changed  From: ISHAM  To: ROLAND | |
| | Registered Agent Middle Name Changed  From: B  To: M | |
| | Registered Agent Last Name Changed  From: BRADLEY  To: LOWELL | |
| 04/19/2010 | 2009 Annual Report | A0019-0819 |
| 02/25/2009 | 2008 Annual Report | 6456-1120 |
| 03/31/2008 | 2007 Annual Report | 6271-2391 |
| 03/30/2007 | 2006 Annual Report | 6011-0154 |
| 05/31/2006 | 2005 Annual Report | 5799-1091 |
| 10/06/2005 | Articles of Amendment | 5577-1598 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 06/28/2005 | 2004 Annual Report | 5490-1407 |
| 06/14/2005 | Notice of Determination | ROLL 5484 |
| 09/07/2004 | 2003 Annual Report | 5227-1306 |
| 06/25/2004 | Notice of Determination | ROLL 5171 |
| 05/06/2003 | 2002 Annual Report | 4808-0244 |
| | Mail Address Changed | |
| 11/08/2002 | Application for Reinstatement | 4648-0873 |
| 10/18/2002 | 2001 Annual Report | 4629-0664 |
| | Principal Address Changed | |
| 09/20/2002 | Dissolution/Revocation - Administrative | ROLL 4607 |
| 06/21/2002 | Notice of Determination | ROLL 4538 |
| 05/30/2001 | Merger | 4209-0814 |
| | Merged Control # Changed  From: 000232804 | |
| | Merged Control # Changed  From: 000395521 | |
| 03/14/2001 | 2000 Annual Report | 4146-2601 |
| 02/07/2000 | 1999 Annual Report | 3821-0664 |
| | Mail Address Changed | |
| 01/07/1999 | CMS Annual Report Update | 3608-0841 |
| | Principal Address Changed | |
| 01/28/1998 | CMS Annual Report Update | 3443-3180 |
| | Principal Address Changed | |

# Filing Information

**Name:** **WESTERN EXPRESS, INC.**

| Date | Filing | Reference |
|---|---|---|
| 06/20/1995 | Notice of Determination | ROLL 3021 |
| 05/27/1993 | CMS Annual Report Update | 2697-1449 |
| | Principal Address Changed | |
| 08/26/1992 | Administrative Amendment | 2534-0119 |
| 08/21/1992 | Application for Reinstatement | 2531-0842 |
| 08/21/1992 | CMS Annual Report Update | 2531-0841 |
| | Fiscal Year Close Changed | |
| 06/19/1992 | Dissolution/Revocation - Administrative | ROLL 2487 |
| 03/20/1992 | Notice of Determination | ROLL 2408 |
| 09/20/1990 | Initial Filing | 1940-0005 |

**Active Assumed Names (if any)**     **Date**     **Expires**

ILND 44 (Rev. 09/07/18)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS
Kerry Zito

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: Will County, IL
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant: Boone County, AR
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Jason Schneider, Law Offices of John J. Malm & Associates, 1730 Park Street, Suite 201, Naperville, IL 60563; jason@malmlegal.com; (630) 527-4177

Attorneys *(if known)*

Lew R.C. Bricker/Michael L. Wojciak, SmithAmundsen LLC, 150 N. Michigan Ave, Suite 3300, Chicago, IL 60601;(312) 894-3200; lbricker@salawus.com

## II. BASIS OF JURISDICTION *(Check one box, only.)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government not a party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 375 False Claims Act |
| ☐ 120 Marine | — 310 Airplane | ☐ 530 General | 530 General | ☐ 720 Labor/Management Relations | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | 315 Airplane Product | ☐ 367 Health Care/ | 535 Death Penalty | ☐ 740 Railway Labor Act | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | Pharmaceutical | **Habeas Corpus:** | ☐ 751 Family and Medical | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | — 320 Assault, Libel & Slander | Personal Injury | 540 Mandamus & Other | Leave Act | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | 330 Federal Employers' | Product Liability | 550 Civil Rights | ☐ 790 Other Labor Litigation | ☐ 450 Commerce |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury | 555 Prison Condition | ☐ 791 Employee Retirement | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student | — 340 Marine | Product Liability | 560 Civil Detainee – Conditions | Income Security Act | ☐ 470 Racketeer Influenced and |
| Loans (Excludes Veterans) | 345 Marine Product Liability | | of Confinement | | Corrupt Organizations |
| ☐ 153 Recovery of Veteran's Benefits | [x] 350 Motor Vehicle | | | | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | — 355 Motor Vehicle | **PERSONAL PROPERTY** | | **PROPERTY RIGHTS** | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 370 Other Fraud | | ☐ 820 Copyrights | Protection Act (TCPA) |
| ☐ 195 Contract Product Liability | — 360 Other Personal Injury | ☐ 371 Truth in Lending | | ☐ 830 Patent | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | 362 Personal Injury - | ☐ 380 Other Personal | | ☐ 835 Patent – Abbreviated | ☐ 850 Securities/Commodities/ |
| | Medical Malpractice | Property Damage | | New Drug Application | Exchange |
| | | ☐ 385 Property Damage | | ☐ 840 Trademark | ☐ 890 Other Statutory Actions |
| | | Product Liability | | | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | — 440 Other Civil Rights | ☐ 422 Appeal 28 USC 158 | 625 Drug Related Seizure | ☐ 861 HIA (1395ff) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | 441 Voting | ☐ 423 Withdrawal 28 USC 157 | of Property 21 USC 881 | ☐ 862 Black Lung (923) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | 442 Employment | | 690 Other | ☐ 863 DIWC/DIWW (405(g)) | Act/Review or Appeal of |
| ☐ 240 Torts to Land | 443 Housing/ | | | ☐ 864 SSID Title XVI | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | **IMMIGRATION** | | ☐ 865 RSI (405(g)) | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | 445 Amer. w/Disabilities - | ☐ 462 Naturalization | | | State Statutes |
| | Employment | Application | | | |
| | 446 Amer. w/Disabilities - | ☐ 463 Habeas Corpus - Alien | | **FEDERAL TAXES** | |
| | Other | Detainee (Prisoner Petition) | | ☐ 870 Taxes (U.S. Plaintiff | |
| | 448 Education | ☐ 465 Other Immigration | | or Defendant) | |
| | | Actions | | ☐ 871 IRS—Third Party | |
| | | | | 26 USC 7609 | |

## V. ORIGIN *(Check one box, only.)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

28 U.S.C. Sections 1332,1441, and 1446.

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
☐ Check if this is a **class action** Under rule 23, F.R.CV.P.   Demand $ 75,000.01

Check Yes only if demanded in complaint.
Jury Demand:   ☐ Yes   [x] No

## IX. RELATED CASE(S) IF ANY *(See instructions)*
Judge                                                        Case Number

## X. Is this a previously dismissed or remanded case?   ☐ Yes   [x] No   If yes, Case #          Name of Judge

Date: August 25, 2020

Signature of attorney of record: /s/ Michael L. Wojciak

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority for Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.** Place an "X" in one of the six boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity. Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**     **Previous Bankruptcy Matters** For nature of suit 422 and 423 enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this court. Use a separate attachment if necessary.

**VIII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P. Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**IX.**     **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**X.**     **Refiling Information.** Place an "X" in the Yes box if the case is being refiled or if it is a remanded case, and indicate the case number and name of judge. If this case is not being refiled or has not been remanded, place an "X" in the No box.

   **Date and Attorney Signature.** Date and sign the civil cover sheet.

Rev. 09/07/2018



# Exhibit C